ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America



**FILED**
Nov 06, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-cr-0257 DJC |
| Plaintiff, | 18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of a Minor [Two Counts]; 18 U.S.C. § 2253(a) – Criminal Forfeiture |
| v. | |
| GLEDEL ARTHUR BEACHAM, JR., | |
| Defendant. | |

I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of a Minor]

The Grand Jury charges: T H A T

GLEDEL ARTHUR BEACHAM, JR.,

defendant herein, on or about April 29, 2025, in the County of Sutter, State and Eastern District of California, attempted to and did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Minor Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, and such visual depictions were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

///

COUNT TWO: [18 U.S.C. §§ 2251(a) and (e) – Sexual Exploitation of a Minor]

The Grand Jury further charges: T H A T

GLEDEL ARTHUR BEACHAM, JR.,

defendant herein, on or about May 2, 2025, in the County of Sutter, State and Eastern District of California, attempted to and did knowingly employ, use, persuade, induce, entice, and coerce a minor, "Minor Victim 1," to engage in sexually explicit conduct as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing one or more visual depictions of such conduct, and such visual depictions were produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, defendant GLEDEL ARTHUR BEACHAM, JR. shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253(a), any and all matter which contains visual depictions produced, transported, mailed, shipped or received in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained as a result of said violations; and any property, real or personal, used or intended to be used to commit and to promote the commission of such violations, or any property traceable to such property, including but not limited to the following:

    a. iPhone 16 Pro, Serial Number: FKV03DXN42.

2. If any property subject to forfeiture as a result of the offenses alleged in Counts One and Two of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*Eric Grant*

ERIC GRANT
United States Attorney

04/12/1984 *No.* 2:25-cr-0257 DJC

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

GLEDEL BEACHAM, JR.

### INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 2251(a) and (e) – Sexual Explotation of a Minor [Two Counts]; 18 U.S.C. § 2253(a) – Criminal Forfeiture

*A true bill,*   **/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* __6th__ *day of* __November__ *, A.D. 20* __25__

/s/ Chris Nair
*Clerk.*

*Bail, $* _____   Bench warrant to issue; detention/release TBD at initial appearance

[signature]

U.S. Magistrate Judge

GPO 863 525

2:25-cr-0257 DJC

# United States v. Gledel Beacham, Jr.
## Penalties for Indictment

### EACH OF COUNTS ONE AND TWO

VIOLATION:  18 U.S.C. § 2251(a) – Sexual Exploitation of a Minor

PENALTIES:  Mandatory minimum of 15 years in prison and up to 30 years in prison; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of at least 5 years and up to life

SPECIAL ASSESSMENTS:
$100, pursuant to 18 U.S.C. § 3013;
$5,000 if the defendant is non-indigent, pursuant to 18 U.S.C. § 3014(a)(3);
Up to $50,000, pursuant to 18 U.S.C. § 2259A(a)(3).

### FORFEITURE ALLEGATION

VIOLATION:    18 U.S.C. § 2253(a) – Criminal Forfeiture

PENALTIES:    As stated in the charging document