ERIC GRANT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GLEDEL ARTHUR BEACHAM, JR.,<br><br>Defendant. | CASE NO. 2:25-CR-00257-DJC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: January 22, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and defendant Gledel Arthur Beacham, Jr., by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on January 22, 2026.

2.     By this stipulation, the defendant now moves to continue the status conference until March 26, 2026, at 9:00 a.m., and to exclude time between January 22, 2026, and March 26, 2026, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case consists of over 3,000 pages of documents and records, including hours of video and audio recordings as well as forensic extractions of various electronic devices. All of this discovery has been either produced directly to counsel in or around November 2025, and/or made available for

inspection and copying. Furthermore, approximately 500 pages of this produced discovery is subject to the terms of a protective order to safeguard the identity of a minor victim. Hence, this subset of the discovery requires additional time and resources for defense counsel to process and review.

b)      Counsel for the defendant desires additional time to review the current charges, conduct investigation and research related to the charges, review and copy produced discovery, discuss potential resolutions with his client, and otherwise prepare for trial.

c)      Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 22, 2026, to March 26, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///
///
///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.


IT IS SO STIPULATED.


Dated:  January 15, 2026                    ERIC GRANT
                                            United States Attorney


                                            /s/ SAM STEFANKI
                                            SAM STEFANKI
                                            Assistant United States Attorney


Dated:  January 15, 2026                    /s/ MICHAEL HANSEN
                                            MICHAEL HANSEN
                                            Counsel for Defendant
                                            GLEDEL ARTHUR BEACHAM, JR.


## ORDER

IT IS SO FOUND AND ORDERED this 16th day of January 2026.


                                            /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3