Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
PO Box F
Winters, California 95694
Telephone: (916) 440-8600
Facsimile: (916) 440-9610
Email: kdaly@barth-daly.com

Attorneys for Defendant
Gledel Beacham

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:25-CR-00257-DJC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| GLEDEL BEACHAM, | |
| Defendant. | Judge: Honorable Daniel Calabretta. |

**STIPULATION**

1.     By previous order this case was set for status conference on June 25, 2026.

2.     By this stipulation, the defendants ask to move the status conference until September 24, 2026 and to exclude time between June 25, 2026 and September 24, 2026 under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

(a)     Counsel for defendant desires time to consult with her client, review the discovery, conduct investigation and otherwise prepare for trial.

(b)     Defense counsel was appointed on April 14, 2026.

(c)     Mr. Beacham is housed in Colusa County, CA[1].

(d)     There are approximately 6,000 pages of discovery as well as a currently unknown number of hours of audio and/or video files to review.  Additionally, there are discovery

BARTH DALY LLP
ATTORNEYS AT LAW

items containing CSAM which must be reviewed at the FBI or USAO office.

(e)     Counsel for defendant believes failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

(e)     The government does not object to the continuance.

(f)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

(g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 25, 2026 to September 24, 2026,  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

Dated:  June 15, 2025.          Respectfully submitted,

By     /s/ Kresta Daly for
          Sam Stefanki
          ASSISTANT UNITED STATES ATTORNEY

Dated:  June 15, 2026          BARTH DALY LLP

By     /s/ Kresta Nora Daly
          KRESTA NORA DALY
          Attorneys for Gledel Beacham

- 2 -

BARTH DALY LLP
ATTORNEYS AT LAW

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties it is ordered:

The status conference of June 25, 2026, is vacated.  The status conference will be reset for September 24, 2026.  The Court finds excludable time through September 24, 2026 under Title 18, United States Code Section 3161(h)(7)(B)(iv) and Local Code T4 to allow for preparation of counsel.  The Court finds that the interests of justice are best served by granting the request and outweigh the interests of the public and the defendant in a speedy trial.  (18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv).)

**IT IS SO ORDERED.**

Dated:  June 16, 2026               /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

BARTH DALY LLP
ATTORNEYS AT LAW

- 3 -

STIPULATION AND ORDER                                    [Case No. 2:25-CR-00257-DJC]